IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BELL BANK**                                                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 4:21-CV-00734-BSM**

**ADVANCED TISSUE, LLC,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE